| | | |
|---|---|---|
| NEW YORK |  | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | MICHAEL H. GIBSON | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 404 8726 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 818 9606 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* MHGibson@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | *www.duanemorris.com* | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

April 11, 2022

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York  10007

      Re:    Compusystems, Inc. v. Reed Exhibitions, a Division of RELX, Inc.
               Case No. 1:21-cv-09501

Dear Judge Abrams:

      This firm represents Defendant Reed Exhibitions, a division of RELX, Inc. ("RELX") with regard to the above referenced matter.  We write this letter with the consent of counsel for Plaintiff Compusystems, Inc. ("CSI") to respectfully request that the Court refer this matter to Magistrate Judge Wang for the purposes of conducting a settlement conference as soon as the Magistrate is available.

      The parties likewise jointly request that the Court stay discovery pending the settlement conference.  The current deadline to complete fact discovery in this matter is June 30, 2022.  The parties have already exchanged written requests for discovery and have agreed to exchange written responses and objections by April 18, 2022.  The parties have also agreed to cooperate with exchanging documents and information that would assist the parties in attempting to resolve the matter before Magistrate Judge Wang.  However, both parties acknowledge that full compliance with their respective discovery obligations in this dispute is likely to be burdensome from a cost perspective and may materially affect the prospects of settlement.  As such, the



The Honorable Ronnie Abrams
April 11, 2022
Page 2

parties respectfully request that the Court stay discovery pending completion of the settlement conference, at which time the parties shall contact the Court, as necessary, to set a new schedule.

        Respectfully submitted,

        Michael H. Gibson

cc: Donald Watnick, Esq.

        Application granted.

        The Court will refer this matter to Judge Wang by separate order. The post-discovery conference presently scheduled for July 22, 2022 is hereby adjourned sine die.

        SO ORDERED.

        Hon. Ronnie Abrams
        4/12/22