

| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | FIRM and AFFILIATE OFFICES | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | MICHAEL H. GIBSON | PITTSBURGH |
| SILICON VALLEY | | NEWARK |
| SAN DIEGO | www.duanemorris.com | LAS VEGAS |
| LOS ANGELES | | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

July 8, 2022

**MEMO ENDORSED.**

VIA ECF

The Honorable Ona T. Wang
Daniel Patrick Moynihan United States
Courthouse, Room 1620
500 Pearl Street
New York, NY  10007

      Re:    Compusystems, Inc., v. Reed Exhibits, a Division of RELX, Inc.
               Case No. 1:21-cv-09501 (RA)(OTW)

Dear Judge Wang:

      This firm represents Defendant Reed Exhibitions, a division of RELX, Inc. ("RELX") with regard to the above referenced matter. I write with the consent of counsel for Plaintiff, Donald Watnick, Esq., to respectfully request an adjournment of the case management conference currently scheduled in this matter for July 12, 2022. I apologize in advance for the late nature of this request. However, I tested positive for COVID-19 this afternoon. The parties are both available on July 19, 2022 and July 20, 2022 if convenient for the Court.

Application **GRANTED**. The Initial Case Management Conference scheduled for July 12, 2022, is hereby adjourned to **Thursday, July 28, 2022 at 12:30 p.m.**

**SO ORDERED.**

_____
Ona T. Wang                     7/11/22
U.S.M.J.

Respectfully submitted,

Michael H. Gibson

**DUANE MORRIS LLP**

30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196    PHONE: +1 215 979 1000   FAX: +1 215 979 1020